UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21178-CIV-GOLD/McALILEY

JOHN R. DAVES,

                Plaintiff,

vs.

SIERRA CONSTRUCTION
CO., INC., a Georgia Corporation; and
GREG HOGLE,

                Defendants.
_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the application of **LIONEL J. POSTIC, Esq**, counsel for the defendants **SIERRA CONSTRUCTION COMPANY AND GREG HOGLE**, for permission to appear and participate *pro hac vice* in the above-styled case. The Court being fully advised in the premises, its is

**ORDERED AND ADJUDGED** that the said motion is hereby **GRANTED**.

**DONE and ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this 30 day of May, 2008.

                                            ALAN S. GOLD
                                            United States District Judge

Copies furnished to:
All Counsel